UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN HAW, ET AL

VERSUS

DR. REDDY'S LABORATORIES, INC.

CIVIL ACTION

NO. 11-235-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 6, 2011 (doc. no. 6) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this case is DISMISSED for plaintiffs' failure to prosecute and have the defendant served within 120 days of filing the suit.

Baton Rouge, Louisiana, this 5th day of October, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA